IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FITZGERALD DABLE,

    **Plaintiff,**

v.          Case No. 4:18cv521-MW/CJK

DEPARTMENT OF
CORRECTIONAL INSTITUTION.,

    **Defendant.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 10. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious for Plaintiff's abuse of the judicial process. Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 8, is **DENIED**. Plaintiff's motion for appointment of counsel, ECF No. 9, is **DENIED**." The Clerk shall close the file.

**SO ORDERED on February 7, 2019.**

                                              **s/Mark E. Walker**
                                              **Chief United States District Judge**